(No. 6391—

ROBERT M. QUESENBERRY, Claimant, *vs.* STATE OF ILLINOIS DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 18, 1972.*

ROBERT M. QUESENBERRY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.